IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STAN SPRINGER, ) | |
| CYNTHIA SPRINGER, ) | |
| DENNIS NEARY, ) | |
| NANCY NEARY, ) | |
| THE CHICAGO WINE COMPANY, ) | |
| and DEVIN WARNER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No: 1:19-cv-2785-TWP-DML |
| ) | |
| ERIC HOLCOMB, Governor of Indiana, ) | |
| CURTIS HILL, Attorney General ) | |
| of Indiana, and DAVID COOK, Chairman ) | |
| of the Indiana Alcohol and Tobacco ) | |
| Commission, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON WINE & SPIRITS' MOTION TO INTERVENE**

Wine & Spirits Distributors of Indiana has moved the Court to grant leave for Wine & Spirits to intervene in this action. Being duly advised, the Court now GRANTS this motion.

IT IS THEREFORE ORDERED THAT Wine & Spirits Distributors of Indiana is granted leave to intervene as a defendant in this cause and is ordered to file and serve Wine & Spirits' Answer to First Amended Complaint attached as Exhibit A to its motion.

**SO ORDERED.**

_____
Judge, United States District Court

Copies to counsel of record electronically registered.